**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

HealthSouth Corporation, a Delaware corporation,

Plaintiff,

vs.

Health Fitness Corporation, a Minnesota corporation; Orthopedic Rehabilitation Specialists, a Minnesota corporation; Mark Siewert; and Terry Buisman,

Defendants.

Court File No. 00-880MJD/JDL

**STIPULATION**

Counsel for the plaintiff, HealthSouth Corporation and counsel for defendants, Health Fitness Corporation, Orthopedic Rehabilitation Specialists, Mark Siewert and Terry Buisman, have stipulated to the following:

WHEREAS the Court has scheduled a settlement conference to be held on October 4, 2000; and

WHEREAS the parties mutually agree that there are outstanding depositions to be completed prior to the date of the settlement conference; and

WHEREAS the parties are in the process of scheduling dates to complete such outstanding discovery and mutually agree that the completion of this discovery will make the settlement conference more productive and useful to the parties; and

WHEREAS, the parties mutually agree that a postponement of the settlement conference for one month will enable the outstanding discovery to be completed; and

SEP 21 2000

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS the parties have further agreed to November 7, 2000, or a date thereafter that is convenient for the Court, as an alternative date for the settlement conference.

THEREFORE the parties to this action, by and through their counsel, hereby stipulate and request that the Court postpone the settlement conference until November 7, 2000, or a date thereafter that is convenient for the Court.

Dated: September 15, 2000

HALLELAND LEWIS NILAN
SIPKINS & JOHNSON

Teresa J. Kimker (#252736)
Tracey L. Galinson (#248435)
220 South Sixth Street
Suite 600
Minneapolis, Minnesota 55402
Telephone: (612) 338-1838

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

HealthSouth Corporation, a Delaware corporation,

Plaintiff,

vs.

Health Fitness Corporation, a Minnesota corporation; Orthopedic Rehabilitation Specialists, a Minnesota corporation; Mark Siewert; and Terry Buisman,

Defendants.

Court File No. 00-880MJD/JDL

**ORDER**

Being fully advised in this matter and based upon the stipulated agreement of counsel to postpone the settlement conference in order to complete outstanding discovery,

IT IS HEREBY ORDERED that the settlement conference is postponed until November 7, 2000, 1:45 p.m. All the instructions set forth in the original notice still apply.

Dated: September 21, 2000.

BY THE COURT

Jonathan Lebedoff
United States Magistrate Judge

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK