**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Court File No. 00-880MJD/JGL

HealthSouth Corporation, a Delaware corporation,

Plaintiff,

vs.

Health Fitness Corporation, a Minnesota corporation; Orthopedic Rehabilitation Specialists, a Minnesota corporation; Mark Siewert; and Terry Buisman,

Defendants.

**AMENDED PRETRIAL ORDER**

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pretrial proceedings in this case:

1. Estimated length of trial is one to two weeks;

2. The time to file any motions which seek to amend any pleading or to add any parties has expired;

3. The period during which the parties may seek non-expert discovery has expired;

4. All expert witnesses must be disclosed no later than December 15, 2001, except plaintiff may identify and disclose an expert in response to the legal expert identified by HFC no later than January 31, 2002. Plaintiff's expert reports must be disclosed no later than December 17, 2001, except that plaintiff's expert report regarding the legal expert shall be disclosed by January 31, 2001. All defense expert reports must be disclosed two weeks after the completion of the deposition of the plaintiffs expert on that topic;

DEC 26 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to January 15, 2002; except those issues that may arise in expert depositions which may be filed no later than March 1, 2001;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with amendments to the local rules prior to February 1, 2002; and

7. This case will be considered "ready for trial" as of June 4, 2002.

**LINDQUIST & VENNUM, P.L.L.P.**

Dated: December 17, 2001

By ______________________
Michael O. Freeman (#31860)
Marc A. Al (#247923)
4200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 371-3253
(612) 371-3207 (facsimile)

ATTORNEYS FOR DEFENDANTS ORTHOPEDIC REHABILITATION SPECIALISTS, MARK SIEWERT, AND TERRY BUISMAN

**FREDRIKSON & BYRON, P.A.**

Dated: December 14, 2001

By ______________________
Todd Wind (#196514)
Melissa Vogt Brettingen (#284658)
1100 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402
(612) 347-7046/7078
(612) 347-7077 (facsimile)

ATTORNEYS FOR DEFENDANT HEALTH FITNESS CORPORATION

**HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.**

Dated: 12/16, 2001

By Teresa Kimker
Teresa J. Kimker (#252736)
Amanda Cialkowski (#0306514)
220 South Sixth Street
Suite 600
Minneapolis, Minnesota 55402
(612) 338-1838/7078

ATTORNEYS FOR PLAINTIFF

IT IS SO ORDERED:

Dated: Dec 26, 2001

By ______________________
Jonathan Lebedoff
United States Magistrate Judge

::ODMA\PCDOCS\FBDOCS1\2593821\1