UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HealthSouth Corporation, a
Delaware corporation,

Plaintiff,

v.

ORDER
Civ. No. 00-880(MJD/JGL)

Health Fitness Corporation, a
Minnesota corporation; Orthopedic
Rehabilitation Specialists; a Minnesota
corporation; Mark Siewert; and
Terry Buisman,

Defendants.

---

The above-entitled matter comes before the Court upon the Plaintiff's objections to the Report and Recommendation of United States Magistrate Judge Jonathan Lebedoff dated September 20, 2001. Plaintiff objects to the Magistrate's recommendation to deny its motion for Sanctions.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). Based on that review the Court ADOPTS the Report and Recommendation dated September 20, 2001.

IT IS HEREBY ORDERED that Plaintiff's Motion for Sanctions Against Defendants Orthopedic Rehabilitation Specialists, Mark Siewert and Terry Buisman [Docket No. 32] is DENIED.

Date: 1-4-02

Michael J. Davis
Michael J. Davis
United States District Court

FILED JAN 04 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_________
DEPUTY CLERK_________