# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

HealthSouth Corporation, a
Delaware corporation,

Plaintiff,

Case No. Civil 00-880 MJD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Health Fitness Corporation, a
Minnesota corporation; Orthopedic
Rehabilitation Specialists, a Minnesota
corporation; Mark Siewert; and
Terry Buisman,

Defendants.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that 1. Health Fitness Corporation 's Motion for Summary Judgment is GRANTED in its entirety. 2. Orthopedic Rehabilitation Specialists', Mark Siewert's and Terry Buisman's Motion for Summary Judgment is GRANTED in its entirety. 3. HealthSouth Corporation's Complaint is DISMISSED WITH PREJUDICE. 4. Health Fitness Corporation is awarded judgment against HealthSouth in the principal amount of $43,156.36 plus interest as permitted by law. 5. Count 1 of HFC's Counterclaim is DISMISSED WITH PREJUDICE.**

DATE: February 13, 2002

RICHARD SLETTEN , CLERK

E. Knoblauch

E. Knoblauch, Deputy Clerk