UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HealthSouth Corporation, a
Delaware corporation,

Plaintiff,

v.

ORDER
Civil No. 00-880 (MJD/JGL)

Health Fitness Corporation, a
Minnesota corporation; Orthopedic
Rehabilitation Specialists, a Minnesota
corporation; Mark Siewert; and
Terry Buisman,

Defendants.

---

By Order dated February 13, 2002, this Court directed that Judgment be entered in this case. However, there are claims outstanding in this case. Accordingly, the Court's Order of February 13, 2002 is amended by deleting from the signature page the phrase "LET JUDGMENT BE ENTERED ACCORDINGLY." The Clerk of Court is hereby directed to strike the judgment [Docket No. 87] from the file.

Date: 3-13-02

Michael J. Davis
Michael J. Davis
United States District Court

FILED MAR 14 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______