UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| HealthSouth Corporation, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Health Fitness corporation, a Minnesota corporation; Orthopedic Rehabilitation Specialists, a Minnesota corporation; Mark Siewert; and Terry Buisman<br><br>Defendants. | ) | Court File No. 00-880 MJD/JGL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties agree that the Counterclaim asserted by Defendants Orthopedic Rehabilitation Specialists, Mark Siewert and Terry Buisman is hereby dismissed with prejudice according to the terms set forth in the letter of plaintiff's counsel, Teresa Kimker, to defendants' counsel, Michael O. Freeman, of April 23, 2002.

The parties will bear their own costs, disbursements and attorney fees as they relate directly to this Counterclaim.

MAY 29 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

HealthSouth Corp., v. Health Fitness Corp., Civil No.: 00-880 (MJD/JGL)

Dated: 5/22/02

Dated: 5/28/02

LINDQUIST & VENNUM P.L.L.P.

By: ______________________
Michael O. Freeman
Atty. License No. 0031860
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 371-3211
ATTORNEYS FOR DEFENDANTS ORTHOPEDIC REHABILITATION SPECIALISTS, MARK SIEWERT, AND TERRY BUISMAN

HALLELAND LEWIS NILAN SIPKINS & JOHNSON

By: ______________________
Teresa Kimker
Atty. License No. 252736
600 Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-4501
Tel: (612) 338-1838
ATTORNEYS FOR PLAINTIFF HEALTHSOUTH CORPORATION

**ORDER**

Pursuant to the Stipulation for Dismissal set forth above,

IT IS HEREBY ORDERED that the Counterclaim of defendants Orthopedic Rehabilitation Specialists, Mark Siewert, and Terry Buisman is hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the foregoing together with the Court's Order of February 13, 2002, dispose of all claims before the District Court.

THEREFORE,

LET FINAL JUDGMENT BE ENTERED IN ACCORDANCE WITH THIS ORDER AND THE COURT'S PRIOR ORDER OF FEBRUARY 13, 2002.

Dated: May 28, 2002

BY THE COURT:

______________________
Michael J. Davis
United States Judge

Doc# 1552844\1