# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

HealthSouth Corporation, a
Delaware Corporation,

Plaintiff,

Case No. Civil 00-880 MJD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Health Fitness corporation, a
Minnesota corporation; Orthopedic
Rehabilitation Specialists, a Minnesota
Corporation; Mark Siewert; and Terry Buisman

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED Pursuant to the Stipulation for Dismissal set forth above, IT IS HEREBY ORDERED that the Counterclaim of Defendants Orthopedic Rehabilitation Specialists, Mark Siewert, and Terry Buisman is hereby dismissed with prejudice. IT IS FURTHER ORDERED that the foregoing together with the Court's Order of February 13, 2002, dispose of all claims before the District Court. THEREFORE, LET FINAL JUDGMENT BE ENTERED IN ACCORDANCE WITH THIS ORDER AND THE COURT'S PRIOR ORDER OF FEBRUARY 13, 2002.**

DATE: May 29, 2002

RICHARD SLETTEN , CLERK

E. Knoblauch, Deputy Clerk