# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 02-2726

| | | |
|---|---|---|
| Healthsouth Corporation, a Delaware corporation,<br><br>Appellant,<br><br>vs.<br><br>Health Fitness Corporation; Orthopedic Rehabilitation Specialists, a Minnesota corporation; Mark Siewert; Terry Buisman,<br><br>Appellees. | * * * * * * * * * * * * * * | Appeal from the United States District Court for the District of Minnesota<br><br>00-CV-880 MJD/JGL |

**JUDGMENT**

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

Mandate shall issue forthwith.

(5361-010199)

June 6, 2003

Order entered at the Direction of the Court

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Michael E. Gans

SCANNED
AUG 0 3 2004
U.S. DISTRICT COURT MPLS

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 6, 2003

RECEIVED
BY MAIL
JUN 0 9 2003
CLERK U.S. DIST. COURT

Ms. Teresa J. Kimker
HALLELAND & LEWIS
Pillsbury Center South, Suite 600
220 S. Sixth Street
Minneapolis, MN 55402-4501

Re: 02-2726 HealthSouth Corp. vs. Health Fitness Corp.

Dear Counsel:

Enclosed is a copy of an order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

(5009-010199)

Sincerely,

Michael E. Gans

Michael E. Gans
Clerk of Court

srd

Enclosure(s)

cc: Honorable Michael J. Davis, U.S. District Judge
Joseph G. Schmitt
Todd Wind
John Henry Strothman
Marc Andre Al
Michael Orville Freeman
Richard Sletten, Clerk

District Court/Agency Case Number(s): CIV 00-880 MJD/JGL